Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

2020 DEC 22 AM 9: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| Robin A Harper | ) | Case No. _____ |
|  | ) | *(to be filled in by the Clerk's Office)* |
|  | ) |  |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)*  ˈYes  ˈNo |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |  |
| –v– | ) |  |
|  | ) |  |
| Massachusetts Bay Transportation Authority | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |  |

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | Robin A. Harper |
| Street Address | 11 Seagirt Ave. |
| City and County | Saugus, MA |
| State and Zip Code | 01906 |
| Telephone Number | 781-231-5702 |
| E-mail Address | Harperacc@aol.com |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Massachusetts Bay Transportation Authority |
| Job or Title *(if known)* Street | Director of Human Resources |
| Address | 10 Park Plaza |
| City and County | Boston |
| State and Zip Code | MA  02111 |
| Telephone Number E-mail | 617-222-5000 |
| Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* Street | |
| Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number E-mail | |
| Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* Street | |
| Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number E-mail | |
| Address *(if known)* | |

Defendant No. 4

Name

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Job or Title *(if known)* Street

Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

X   ' Federal question            ' Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964 .    Equal Pay Act of 1963

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*      , is incorporated under the laws of the State of _____ *(name)*  , and has its principal place of business in the State of *(name)*

_____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

    b.      If the _____ . defendant is a corporation

        The defendant, *(name)* __Massachusetts Bay Transportation Authority__ , is incorporated under the laws of the State of *(name)* __Massachusetts__ , and has its principal place of business in the State of *(name)* __Massachusetts__ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* __Massachusetts__ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

    The compensation received vs equal pay adjustment is $70,000.00 per year for a three year period.

## III.      Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 2017 I was verbally offered and accepted the position of Deputy Program Manager of Field Oversight for the Positive train control program. (see additional page)

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks for $75,000.00 per year which is the difference between compensated and $180,000.00.  The Consultant was also awarded bonuses in the amount of $75,000.00 and $100,000.00 for the installation of the system.  The plaintiff seeks the same, as the work was coordinated and supervised by the plaintiff.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:
                        December 18, 2020

Signature of Plaintiff            *Robin Harper*

Printed Name of Plaintiff          Robin A. Harper

### B.    For Attorneys

Date of signing:

Signature of Attorney

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

(continued) In 2017 I was verbally offered and accepted the position of Deputy Program Manager of Field Oversight for the Positive train control program. (see additional page) The position was explained as a high-profile position, recently created, my name came up as the candidate for the position by the FRA because they were pleased with the work I had recently completed. The position would be appointed, and the compensation would be negotiated. All of the particulars of the position were not yet finalized. I was provided a name of the person to contact for additional information and congratulated for my work in the past and wished luck for the future. I contacted the individual and received additional information but still not everything. The position I was to take was currently being done by a consultant that was being let go. The MBTA was in the process of hiring a Consultant that would act as the Program Manager for Positive Train Control and once on board the new structure would begin the transition. The new structure organization chart and program charter showing individuals, the company they represent, and their responsibility was sent to the FRA for approval. When the Consultant came on board I discussed the lingering issue of compensation with them. They were aware that this had not yet been finalized. I discussed a compensation dollar figure that I thought was fair, reasonable and compensated for the workload, $180,000.00. The Consultant agreed with the compensation I proposed and stated that she would take care of the rest. Weeks passed, I inquired about the progress of the pay and was told it's in the works. Finally, in September of 2017 I wrote and email to the AGM of Capital Delivery requesting a meeting. The meeting resulted in my title being deleted from the organization chart. The title was replaced with the position title of my position prior to this program and that was it. My workload, program responsibility and structure did not change. The AGM stated that I misunderstood the telephone conversation. I disputed that claim as I had the organization chart to support the conversation. I also had the workload and the program charter. I contacted my union president; we filed a grievance and I applied to most all position posted to remove myself from this. Positive Train Control is a Federally Mandated Safety System. The MBTA was last in the Country and needed to get certain, very specific things done to apply for and receive and extension for the implementation of the system. If and extension was not awarded the MBTA would face fines of $100,000.000 per day per commuter rail line or complete shutdown of the commuter rail system. Beginning in June of 2017 I worked over 100 hours a week. This continued through to the end of 2019. I was directly responsible for ensuring all of the wayside equipment was installed as needed as well as many other functions on a daily basis. The MBTA agreed to install additional hardware and software on the Northside as a part of their extension. This is referenced to as ATC. The same Consultant would stay on for this work. I was asked by the consultant to stay on and she would ensure that this time I got my pay and title. Weeks send by again and the Consultant had no information. In December of 2019, The MBTA posted a position for ATC Program Manager, a negotiated position on the first position. The position was then reposted with a salary of $180,000.00. I applied for the position and was informed by Human Resources that my resume was not pulled for an interview. The position was the exact position I was doing and had been doing since 2017. The AGM decided to fill the position with a Consultant. The firm of WSP was given a contract for this position billing at $148.00 per hour. In October of 2019, the AGM left the MBTA and I was able to transfer out of the program. In February of 2020, the position was again posted. The MBTA had recently hired the services of a contractor for human resource work. Two days after

I applied I received a call.  I had three telephone conversations with the firm and on was ultimately advised the MBTA would not be filling the position.

I was contacted by and Executive of the MBTA in the Department that I worked.  I was offered a position that entitled me to negotiate a compensation package.  I performed the work expected of me and much more. My work was never in question.  The MBTA benefited from my skill and did not compensate me as discussed. During the time period of 2017 to present, the MBTA has created the position of Deputy Program Manager for other Programs.  The individuals holding these positions are compensated at $180,000.00 or above.