UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBIN A. HARPER,
    Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,
    Defendant.

Civil Action No. 20-cv-12271-NMG

ORDER

GORTON, J.

Pro se litigant Robin A. Harper has filed a civil complaint in which she alleges that her employer, the Massachusetts Bay Transportation Authority, did not fulfill its promise to give her a position as a Deputy Program Manager. Harper also filed a motion for leave to proceed in forma pauperis. (Docket Entry No. 2).

On ~~April~~ May 28, 2021, the Court entered an order (Docket No. 4) denying the motion for leave to proceed in forma pauperis without prejudice. The Court ordered Harper to pay the filing fee or file a renewed motion for leave to proceed in forma pauperis. The Court warned Harper that failure to comply with the order within twenty-one (21) days could result in the dismissal of the action without prejudice.

/s/ NMG
07/04/21

The deadline for Harper's compliance with the May 28, 2021 order has passed without any response from the plaintiff. Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

**So ordered.**

Dated: 07/14/2021

Nathaniel M. Gorton
United States District Judge